COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Winnie Stacey Al Wazzan v. Isa Ali Al Wazzan and International Agencies Co., Ltd. |
| Appellate case number: | 01-22-00316-CV |
| Trial court case number: | 2017-24671 |
| Trial court: | 246th District Court of Harris County |

Appellant, Winnie Stacey Al Wazzan, has appealed the trial court's March 12, 2022 "Order Granting Bill of Review." Appellant filed her appellant's brief on September 28, 2022, making appellees' brief(s) due no later than October 28, 2022. *See* TEX. R. APP. P. 38.6(b).

On October 28, 2022, appellees, International Agencies Co., Ltd. and Isa Ali Al Wazzan, separately, filed motions to extend the deadline to file their respective appellees' briefs. The Court granted the motions, extending appellees' deadline to file their appellees' briefs to December 27, 2022. On December 27, 2022, International Agencies Co., Ltd. filed a second motion to extend the deadline to file its brief. On December 28, 2022, Isa Ali Al Wazzan similarly filed a second motion to extend the deadline for filing an appellee's brief. Again, the Court granted the motions, extending appellees' deadline for filing their respective appellees' briefs as January 27, 2023. The Court also notified appellees that no further extensions would be granted.

Despite the Court's notice that no further extensions would be granted, on January 27, 2023, appellees each filed a third motion to extend the deadline for filing an appellee's brief. Appellees requested an additional fourteen days to file their respective briefs, extending the deadline for filing an appellee's brief to February 10, 2023.

Appellees' third motions to extend the deadline for filing their respective briefs are **denied**. Appellees' briefs are due to be filed no later than **ten days of the date of this order**. In the event either appellee fails to file an appellee's brief by the extended deadline, the Court may set the appeal for submission and consideration without an appellee's brief.

It is so ORDERED.

Judge's signature: ___/s/ Amparo Guerra_____
☑ Acting individually     ☐ Acting for the Court

Date: ___February 14, 2023_____